**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Dasha Ossiko, | **NO. CV-17-04589-PHX-DJH** |
| Plaintiff, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| , | |
| Defendant. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Amazing GLO, LLC d/b/a Adore Skin & Body Sculpting; Destiney Bell; and Ondranique Walls.

DEFAULT ENTERED this 14th day of December, 2018.

Brian D. Karth<br>
District Court Executive/Clerk of Court

December 14, 2018

s/ Michelle Sanders<br>
By  Deputy Clerk